

# VIRGINIA & AMBINDER LLP
Attorneys at Law

The Setai Building
40 Broad Street, Seventh Floor
New York, NY 10004
Telephone: (212) 943-9080

Jack Newhouse, Esq.
jnewhouse@vandallp.com

July 2, 2015

**VIA ECF &
FACSIMILE: (718) 613-2365**
Judge Cheryl L. Pollak, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201

      Re:    *Garcia, et al. v. Chirping Chicken NYC, Inc., et al.*
             *Docket No. 15-cv-02335-JBW-CLP*

Dear Judge Pollak,

    This firm is counsel to Plaintiffs Alberto Garcia and Armando Morales in the above referenced wage and hour action. I write in response to your June 11, 2015 Order directing the parties to provide a status letter to the Court by July 13, 2015.

    Plaintiffs commenced this action against Chirping Chicken NYC, Inc. d/b/a Chirping Chicken, Chirping Chicken U.S.A., Inc., d/b/a Chirping Chicken, and Ramji Dass (collectively "Defendants") to recover unpaid minimum wage and overtime compensation pursuant to New York State and Federal laws. The Summons and Complaint were served on the corporate defendants on April 27, 2015. Their answer was due on May 18, 2015. The Summons and Complaint were served on Ramji Dass on May 5, 2015. His answer was due on May 26, 2015. To date, Defendants have each failed to plead or otherwise respond to Plaintiffs' Complaint.

    Unless the Court instructs otherwise, Plaintiffs will promptly request that the Clerk of the Court enter a notation of default against Defendants. Following the Clerk's entry of default, Plaintiffs will make an application to this Court for default judgment by September 1, 2015.

                                   Respectfully submitted,

                                   /s/Jack Newhouse

*So Ordered*

/s/ CHERYL POLLAK
      USMJ
      7/6/15