UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO GARCIA and ARMANDO MORALES HERNANDEZ,<br><br>Plaintiffs,<br><br>- against -<br><br>CHIRPING CHICKEN NYC INC. and/or CHIRPING CHICKEN U.S.A. INC. d/b/a CHIRPING CHICKEN and RAMJI DASS individually,<br><br>Defendants. | Docket No.: 15-cv-02335-JBW-CLP<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

TO: DOUGLAS C. PALMER
UNITED STATES DISTRIC COURT
DISTRICT OF NEW YORK

Please enter the default of Chirping Chicken NYC Inc. and/or Chirping Chicken U.S.A. Inc. d/b/a Chirping Chicken and Ramji Dass pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Jack L. Newhouse.

Dated: New York, New York
July 9, 2015

                                                          VIRGINIA & AMBINDER, LLP

                                                          __/s/ Jack L. Newhouse_____
                                                          40 Broad Street, 7th Floor
                                                          New York, New York 10004
                                                          Tel: (212) 943-9080
                                                          Fax: (212) 943-9082