UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO GARCIA and ARMANDO MORALES HERNANDEZ, <br><br> Plaintiffs, <br><br> - against - <br><br> CHIRPING CHICKEN NYC INC. and/or CHIRPING CHICKEN U.S.A. INC. d/b/a CHIRPING CHICKEN and RAMJI DASS individually, <br><br> Defendants. | Docket No.: 15-cv-02335-JBW-CLP <br><br> **PROPOSED CERTIFICATE OF DEFAULT** |

I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein.  The default of Chirping Chicken NYC Inc. and/or Chirping Chicken U.S.A. Inc. d/b/a Chirping Chicken and Ramji Dass is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        _____, 2015

                                Douglas C. Palmer
                                Clerk of Court

                        By:  _____
                                Deputy Clerk