UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO GARCIA and ARMANDO MORALES HERNANDEZ,<br><br>Plaintiffs,<br>- against -<br><br>CHIRPING CHICKEN NYC INC. and/or CHIRPING CHICKEN U.S.A. INC. d/b/a CHIRPING CHICKEN and RAMJI DASS individually,<br><br>Defendants. | Docket No.: 15-cv-02335-JBW-CLP<br><br>**CERTIFICATE OF SERVICE** |

This is to certify that I have this 9th day of July, 2015, served Plaintiffs' Request for Certificate of Default, Declaration by Jack L. Newhouse in Support of Plaintiffs' Request for Certificate of Default, and the Proposed Certificate of Default on the following Defendants:

Chirping Chicken NYC, Inc.
31-10 23rd Avenue
Astoria, NY 11105

and

3015 Broadway
Astoria, NY 11106

Chirping Chicken U.S.A.
31-10 23rd Avenue
Astoria, NY 11105

Ramji Dass
31-10 23rd Avenue
Astoria, NY 11105

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of USPS within the State of New York.

Dated**:** New York, New York
      July 9, 2015

                                                      VIRGINIA & AMBINDER, LLP

                                                     _____/s/_____
                                                     By: Jack L. Newhouse

1