UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALBERTO GARCIA and ARMANDO MORALES HERNANDEZ,

                                                                Plaintiffs,

- against -

CHIRPING CHICKEN NYC INC. and/or CHIRPING CHICKEN U.S.A. INC. d/b/a CHIRPING CHICKEN and RAMJI DASS individually,

                                                                Defendants.

Docket No.: 15-CV-2335

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE, that upon the annexed declaration of Jack L. Newhouse, Esq., dated September 1, 2015, and the exhibits annexed thereto, and upon all pleadings and proceedings heretofore had herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Cheryl L. Pollak, United States Magistrate Court Judge, at the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an Order granting Plaintiffs' Motion for a Default Judgment, and for such other and further relief as the Court deems proper and just.

Dated: New York, New York
       September 1, 2015

                                        Respectfully submitted,

                                        VIRGINIA & AMBINDER, LLP

                                        By: _____/s/_____
                                               Jack L. Newhouse, Esq.
                                               Jonathan Roffe, Esq.
                                               40 Broad Street, 7th Floor
                                               New York, New York 10004
                                               (212) 943-9080
                                               jnewhouse@vandallp.com