United States District Court
Eastern District of New York

---

Alberto Garcia and Armando
Morales Hernandez,

                         Plaintiffs,

           -against-

Chirping Chicken NYC Inc., et al.,

                         Defendants.

---

**AFFIDAVIT OF SERVICE**

Civil Action No. 15-cv-2335-JBW-CLP

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 27, 2015 at approximately 10:05 AM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action and Complaint, that the party served was Chirping Chicken U.S.A., Inc., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Nancy Dougherty, a white female with black hair, being approximately 56 years of age; height of 5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                 _____
                                                                           Mary M. Bonville

Sworn to before me this 27th day of April, 2015

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018

United States District Court
Eastern District of New York

Alberto Garcia and Armando
Morales Hernandez,

                              Plaintiffs,

-against-

Chirping Chicken NYC Inc., et al.,

                              Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No. 15-cv-2335-JBW-CLP

State of New York )
                    ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on April 27, 2015 at approximately 10:05 AM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action and Complaint, that the party served was Chirping Chicken NYC Inc., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Nancy Dougherty, a white female with black hair, being approximately 56 years of age; height of 5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                          _Mary M. Bonville_
                                                            Mary M. Bonville

Sworn to before me this 27th day of April, 2015

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018