UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney: VIRGINIA & AMBINDER, LLP - 1265

ALBERTO GARCIA AND ARMANDO MORALES HERNANDEZ

                         Plaintiff(s)

Index #: 15 CV 2335

- against -

Date Filed:

CHIRPING CHICKEN NYC INC. ET AL

**AFFIDAVIT OF SERVICE**

                         Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DENISE LEWIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 5, 2015 at 09:30 AM at

CHIRPING CHICKEN
31-10 23RD AVENUE
ASTORIA, NY 11105



deponent served the within true copy/copies of the SUMMONS & COMPLAINT on RAMJI DASS, the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to MR. FREDDIE a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as the CO-WORKER of the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BALD | 40 | 6'0 | 180 |

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

CHIRPING CHICKEN
31-10 23RD AVENUE
ASTORIA, NY 11105

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 6, 2015 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: May 6, 2015

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

**DENISE LEWIS**
License #: 2006009
Docket #: *943799*