UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO GARCIA and ARMANDO MORALES HERNANDEZ,<br><br>                                 Plaintiffs,<br>- against -<br><br>CHIRPING CHICKEN NYC INC. and/or CHIRPING CHICKEN U.S.A. INC. d/b/a CHIRPING CHICKEN and RAMJI DASS individually,<br>                                 Defendants. | Docket No.: 15-cv-02335-JBW-CLP<br><br>**CERTIFICATE OF DEFAULT** |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 10 2015 ★
BROOKLYN OFFICE

      I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of Chirping Chicken NYC Inc. and/or Chirping Chicken U.S.A. Inc. d/b/a Chirping Chicken and Ramji Dass is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       July 10th, 2015

                                            Douglas C. Palmer
                                            Clerk of Court

                                 By: _Janet Hamilton_
                                         Deputy Clerk