**VIRGINIA & AMBINDER LLP**
**WAGE & HOUR UNDERPAYMENT ANALYSIS**

| Client Name | Employment Information | | | | | | | | | Payment Information | | | | | | Total Earnings per week | | | | Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Period Begin | Period End | Weeks Worked (Col. C-Col. B) | Daily Spread of Hours (calculated from the beginning to end of an employee's workday) | Hours Worked/Day | Days Worked/ Week | Weekly Hours Worked (Col. FxCol. G) | Weekly RT Hours | Weekly OT Hours | Weekly Pay | Hourly Rate (Col H/Col. K) | Fed. Minimum Wage | State Minimum Wage | Maximum Hourly Rate | OT Rate (Col. O*1.5) | Spread of Hours (Col. E*Col. G) | Total RT Earned (Col. I*Col. O) or (Col. I*Col. M) | Total OT Earned (Col. J*Col. P) | Total Earned (Col. R+Col. S+Col. Q) | Total Owed Per Week (Col T-Col. K) | Total Owed for Wages (Col U*Col. D) | Liquidated Damages | Total Damages (Col. V+Col. W) |
| Alberto Garcia | April-09 | July-09 | 15.29 | 11.00 | 11.75 | 6 | 70.5 | 40 | 30.5 | $240.00 | $3.40 | $6.55 | $7.15 | $7.15 | $10.73 | $42.90 | $286.00 | $327.11 | $656.01 | $266.18 | $4,068.79 | $1,017.20 | $5,085.99 |
| | August-09 | April-11 | 87.86 | 11.00 | 11.75 | 6 | 70.5 | 40 | 30.5 | $240.00 | $3.40 | $7.25 | $7.25 | $7.25 | $10.88 | $43.50 | $290.00 | $331.69 | $665.19 | $271.36 | $23,840.71 | $23,840.71 | $47,681.43 |
| | April-11 | April-12 | 54.14 | 11.00 | 11.75 | 6 | 70.5 | 40 | 30.5 | $360.00 | $5.11 | $7.25 | $7.25 | $7.25 | $10.88 | $43.50 | $290.00 | $331.69 | $665.19 | $219.44 | $11,881.26 | $11,881.26 | $23,762.52 |
| | April-12 | December-13 | 88.14 | 11.00 | 11.75 | 6 | 70.5 | 40 | 30.5 | $360.00 | $5.11 | $7.25 | $8.25 | $8.25 | $12.38 | $49.50 | $290.00 | $377.44 | $716.94 | $356.94 | $31,461.49 | $31,461.49 | $62,922.98 |
| | January-14 | December-14 | 52.00 | 11.00 | 11.75 | 6 | 70.5 | 40 | 30.5 | $360.00 | $5.11 | $7.25 | $8.00 | $8.00 | $12.00 | $48.00 | $290.00 | $366.00 | $704.00 | $344.00 | $17,888.00 | $17,888.00 | $35,776.00 |
| | January-15 | June-15 | 21.57 | 11.00 | 11.75 | 6 | 70.5 | 40 | 30.5 | $360.00 | $5.11 | $7.25 | $8.75 | $8.75 | $13.13 | $52.50 | $290.00 | $400.31 | $742.81 | $382.81 | $8,257.81 | $8,257.81 | $16,515.63 |
| | | | | | | | | | | | | | | | | | | | | | $97,398.07 | $94,346.48 | $191,744.55 |
| Armando Morales Hernandez | April-09 | July-09 | 15.29 | 11.00 | 12.00 | 6 | 72 | 40 | 32 | $600.00 | $8.33 | $6.55 | $7.15 | $8.33 | $12.50 | $42.90 | $333.33 | $400.00 | $776.23 | $176.23 | $2,693.85 | $673.46 | $3,367.32 |
| | August-09 | April-11 | 87.86 | 11.00 | 12.00 | 6 | 72 | 40 | 32 | $600.00 | $8.33 | $7.25 | $7.25 | $8.33 | $12.50 | $43.50 | $333.33 | $400.00 | $776.83 | $176.83 | $15,536.07 | $15,536.07 | $31,072.14 |
| | April-11 | May-13 | 109.57 | 11.00 | 12.00 | 6 | 72 | 40 | 32 | $620.00 | $8.61 | $7.25 | $7.25 | $8.61 | $12.92 | $43.50 | $344.44 | $413.33 | $801.28 | $181.28 | $19,862.87 | $19,862.87 | $39,725.73 |
| | May-13 | December-13 | 32.71 | 11.00 | 12.00 | 6 | 72 | 40 | 32 | $650.00 | $9.03 | $7.25 | $8.00 | $9.03 | $13.54 | $48.00 | $361.11 | $433.33 | $842.44 | $192.44 | $6,295.68 | $6,295.68 | $12,591.37 |
| | January-14 | December-14 | 52.00 | 11.00 | 12.00 | 6 | 72 | 40 | 32 | $650.00 | $9.03 | $7.25 | $8.00 | $9.03 | $13.54 | $48.00 | $361.11 | $433.33 | $842.44 | $192.44 | $10,007.11 | $10,007.11 | $20,014.22 |
| | January-15 | June-15 | 21.57 | 11.00 | 12.00 | 6 | 72 | 40 | 32 | $650.00 | $9.03 | $7.25 | $8.75 | $9.03 | $13.54 | $52.50 | $361.11 | $433.33 | $846.94 | $196.94 | $4,248.37 | $4,248.37 | $8,496.75 |
| | | | | | | | | | | | | | | | | | | | | | $58,643.96 | $56,623.57 | $115,267.52 |

| SUMMARY | |
|---|---|
| Total Amount Owed for Unpaid Wages: | $156,042.03 |
| Total Amount Owed for Liquidated Damages: | $150,970.04 |
| Total Amount Owed for Failure to provide Wage statements and notices: | $10,000.00 |
| Total Amount Owed for Interest: | |
| Total Amount Owed for Attorney Fees: | $11,018.74 |
| **TOTAL:** | **$328,030.81** |