# Virginia & Ambinder, LLP

40 Broad Street
7th Floor
New York, NY 10004

**Invoice submitted to:**
Chirping Chicken

September 01, 2015

Invoice #13162

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/17/2015 | LC | Client matter re: met with clients for intakes and retainers and to discuss process. Discussed case with LL. | 2.20 | |
| | LC | Performed legal research re corporate entity and owner to be named as defendants in caption - searched public records | 0.90 | |
| 4/21/2015 | LC | began drafting complaint | 1.10 | |
| | LC | finished drafting complaint - revised and discussed filing with KNM | 1.20 | |
| 4/22/2015 | LC | asked IN to create winword file and scan all documents. | 0.10 | |
| 4/23/2015 | IG | Office conference with IN re organizing & scanning documents | 0.10 | |
| | LC | discussed filing of complaint and preparation of damages calculations with KNM and IG respectively | 0.30 | |
| | LC | Drafted and asked IN to mail BCL letter | 0.30 | |
| | IG | Reviewed file; prepared Rule 26 Preliminary Damage Calculations | 1.80 | |
| | LC | Reviewed and discussed preliminary damages calculations by IG | 0.50 | |
| | LC | discussed with KNM adding second corporate entity to complaint | 0.20 | |
| | KMN | Review complaint, edit, add entities, conf w LC, CI re same. Draft summons, ccsheet, efile case, conf w IN re file organization. | 1.80 | |
| 4/24/2015 | LC | discussed filing of revised complaint with IN | 0.20 | |
| | LC | Telephone conference with Armando re filing of complaint | 0.20 | |
| 5/7/2015 | CI | filed summons executed on all corporate entities | 0.60 | |
| 5/8/2015 | LC | Telephone conference with client re status of case | 0.20 | |
| 5/15/2015 | CI | e-filed summons returned executed for Ramji Dass | 0.50 | |
| | LC | reviewed affidavit of service of S&C | 0.20 | |
| 5/18/2015 | LC | Docket re: initial conference date and order | 0.40 | |
| 6/9/2015 | LC | Client matter re: met with clients who came in for info re status of case | 0.60 | |
| | CI | inputted expenses for S&C | 0.10 | |
| | CI | inputted expenses for S&C | 0.10 | |
| 6/11/2015 | CI | Performed legal research re residential address of Ramji Dass | 0.60 | |
| | LC | discussed service of process on individual defendants with CI - reviewed affidavits of service | 0.30 | |
| | LC | Reviewed order directing us to file status report by July 13. Discussed with JN, and asked CI to put in notice of appearance for him. | 0.30 | |
| 6/12/2015 | CI | Drafted Notice of Appearance for JN | 0.30 | |
| | CI | filed NOA for JN | 0.30 | |
| 7/7/2015 | AS | Attended office conference with J. Newhouse re Default Judgment. | 0.20 | |
| | AS | Drafted default judgment motion. | 0.30 | |
| | JN | met with AS re drafting Default Judgment. | 0.20 | |
| 7/8/2015 | AS | Drafted Default Judgment. | 2.40 | |
| 7/9/2015 | JN | draft and edit notation of default; filed notation of default | 0.90 | |
| 7/10/2015 | MN | Organized and mailed Notation of Judgment. | 0.30 | |

Chirping Chicken

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/16/2015 | AS | Drafted default judgment motion. | 2.00 | |
| 7/31/2015 | CI | recorded case information and judge's rules | 0.20 | |
| 8/3/2015 | LC | Reviewed order re default and notation of default by clerk | 0.20 | |
| 8/6/2015 | AS | Drafted memo of law in support of default judgment. | 0.60 | |
| 8/7/2015 | AS | Drafted Default Judgment Motion. | 1.90 | |
| 8/25/2015 | JR | Attended office conference with JN re inquest hearing papers. Attn to file re same. | 0.30 | |
|  | JN | s/w JR re editing default judgment motion | 0.20 | |
| 8/27/2015 | IC | 3 and vm Telephone conference with 2 clients includes emails to JN | 0.30 | |
|  | JR | Drafted declaration of JN, affirmations of Garcia and Hernandez. Prepared exhibits for declaration. Edited memo of law. Email correspondence w JN re same. Office conference w JN re same. Attn to file re same. Researched status of Chirping Chicken, potential alter egos and its owner. | 4.30 | |
| 8/28/2015 | JN | s/w JR re editing default judgment motion; met with clients; reviewed declaration | 0.50 | |
|  | IC | Client matter re: attend JR and JN meeting w/clients. Calls to clients to verify if where coming to the appointment, additional call to clients in regard additional information. Attempts to contact client, includes emailt to JR | 1.80 | |
|  | JR | Attn to file re default judgment motion. Office conference w clients re motion. Drafted client declarations re same. Office conference w IN re same. Email correspondence w JN re same. | 3.20 | |
|  | JN | Draft and edit damage calculations; met with JR re motion for default judgment. | 2.50 | |
| 8/29/2015 | JR | Continued drafting declaration of JN re default motion. Prepared exhibits. Email correspondence w IN and JN re same. | 1.00 | |
| 8/31/2015 | JN | Draft and review damage calculations and exhibits for motion for default judgment; met with JR re same | 2.00 | |
|  | JR | Attn to file re damages calculations. Office conference w JN re same. Calculated damages (i.e. overtime, prejudgment interest, etc.). Prepared exhibits. Email correspondence w JN re same. Attn to file re default motion. Office conference w JN re same. Edited default judgment papers (i.e. declarations in support, proposed judgment, memorandum of law, exhibits, etc.) Researched owner and tax records for property. Email correspondence w JN re same. | 5.20 | |
| 9/1/2015 | JN | Edit motion for default judgment | 1.00 | |
|  |  | **For professional services rendered** | **46.90** | **$10,363.00** |

Additional Charges :

| | | | |
|---|---|---|---:|
| 4/23/2015 | $Court Fee<br>Court fee EDNY, S&C | | 400.00 |
| 5/7/2015 | Service of Process Fee<br>Service Fee<br>Service rendered: process served through Secretary of State<br>Disbursements: NY Dept of State | | 135.00 |
| 6/9/2015 | $Legal Research<br>Lexis Nexis - Invoice #1504372074 | | 6.94 |

| Date | Description | Amount |
|---|---|---:|
| 6/9/2015 | Service of Process Fee<br>Service Fee + Mailing Fee | 55.00 |
| | Service of Process Fee<br>Service Fee + Mailing Fee | 55.00 |
| 7/16/2015 | $PACER fee<br>Pacer Fee - 2nd Qtr Invoice | 1.30 |
| | $PACER fee<br>Pacer Fee - 2nd Qtr Invoice | 2.50 |
| | **Total costs** | **$655.74** |

**Total amount of this bill**     $11,018.74

## Attorney Summary

| Name | Hours | Rate |
|---|---:|---:|
| Jack Newhouse | 7.30 | 250.00 |
| Marta Nadgorska | 0.30 | 125.00 |
| Christina Isnardi | 2.70 | 125.00 |
| Ines Cruz | 2.10 | 125.00 |
| Izabela Gardocka | 1.90 | 125.00 |
| Jonathan Roffe | 14.00 | 200.00 |
| Leonor Coyle | 9.40 | 395.00 |
| Alanna Sakovits | 7.40 | 125.00 |
| Konstancja Maleszynska | 1.80 | 125.00 |