UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO GARCIA and ARMANDO MORALES HERNANDEZ,<br><br>                              Plaintiffs,<br><br>            - against -<br><br>CHIRPING CHICKEN NYC INC. and/or CHIRPING CHICKEN U.S.A. INC. d/b/a CHIRPING CHICKEN and RAMJI DASS individually,<br><br>                              Defendants. | Docket No.: 15-CV-2335<br><br>**DEFAULT JUDGMENT** |

This action having been commenced on April 23, 2015, and a copy of the Summons and Complaint, dated April 23, 2015, having been served on Defendants, Chirping Chicken NYC Inc. ("Chirping Chicken NYC"), Chirping Chicken U.S.A. Inc. ("Chirping Chicken U.S.A."), on April 27, 2015 and proof of Service having been filed on May 7, 2015; and a copy of the Summons and Complaint having been served on Defendant Ramji Dass on May 5, 2015 and proof of Service having been filed on May 15, 2015; and Defendants not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 10, 2015; it is

**ORDERED, ADJUDGED, AND DECREED**: That Plaintiff Alberto Garcia has a judgment against Defendants in a sum of **$**_____, plus liquidated damages totaling **$**_____, plus the amount owed for failure to provide wage statements and notices totaling **$**_____ for a total of **$**_____, plus prejudgment interest on Plaintiff Garcia's NYLL claims, plus post-judgment interest on all amounts awarded, and attorneys' fees and costs, and that Plaintiffs have execution therefore.

**ORDERED, ADJUDGED, AND DECREED**: That Plaintiff Armando Morales Hernandez has a judgment against Defendants in a sum of **$**_____, plus

liquidated damages totaling **$**_____, plus the amount owed for failure to provide wage statements and notices totaling **$**_____ for a total of **$**_____, plus prejudgment interest on Plaintiff Hernandez's NYLL claims, plus post-judgment interest on all amounts awarded, and attorneys' fees and costs, and that Plaintiffs have execution therefore.

Dated: Brooklyn, New York
      September \_\_\_ , 2015

By: _____