UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERTO GARCIA and ARMANDO MORALES HERNANDEZ,<br><br>              Plaintiffs,<br><br>    - against -<br><br>CHIRPING CHICKEN NYC INC. and/or CHIRPING CHICKEN U.S.A. INC. d/b/a CHIRPING CHICKEN and RAMJI DASS individually,<br>              Defendants. | Docket No.: 15-CV-2335<br><br>**CERTIFICATE OF SERVICE** |

  This is to certify that I have this 1st day of September, 2015, I electronically filed Plaintiffs' Notice of Motion, Affirmation by Jack L. Newhouse in Support of Plaintiff's Motion for Default Judgment, and accompanying exhibits using the CM/ECF system. This is also to certify that these same documents were served, via first class mail, to Defendants:

Chirping Chicken NYC, Inc.
31-10 23rd Avenue
Astoria, NY 11105

and

3015 Broadway
Astoria, NY 11106

Chirping Chicken U.S.A.
31-10 23rd Avenue
Astoria, NY 11105

Ramji Dass
31-10 23rd Avenue
Astoria, NY 11105

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of UPS within the State of New York.

1

Dated: New York, New York
      September 1, 2015

                        VIRGINIA & AMBINDER, LLP

                        /s/
                        By: Jack L. Newhouse